# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA                    3:20-mj-00235

v.                              ORDER TO UNSEAL

CHARLES RANDOLPH COMFORT,

   Defendant.


The Court, having reviewed the motion of the United States of America and being fully advised in the premises:

IT IS HEREBY ORDERED that the Complaint be unsealed.

Dated:  September  22 , 2020


   /s/ Youlee Yim You
HONORABLE YOULEE YIM YOU
United States Magistrate Judge


Presented by:

BILLY J. WILLIAMS
United States Attorney


*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney


**Order to Unseal**                                    **Page 1**